United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 14-00292-JJT
Ivette Pigatt                                                       Chapter 13
Andre Pigatt
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DDunbar          Page 1 of 1          Date Rcvd: Jul 21, 2016
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
4505052        Wilmington Savings Fund Society, FSB,   d/b/a Christiana Trust, et al,
               c/o Rushmore Loan Management Services,   P.O. Box 52708,   Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joshua I Goldman   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
           as CHRISTIANA TRUST, not in its individual capacity but solely as legal title trustee for BRONZE
           CREEK TITLE TRUST 2013-NPL1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Martin A Mooney   on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
           tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          Timothy B. Fisher, II   on behalf of Joint Debtor Andre  Pigatt donna.kau@pocono-lawyers.com
          Timothy B. Fisher, II   on behalf of Debtor Ivette  Pigatt donna.kau@pocono-lawyers.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 6

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 5:14-bk-00292-JJT
## Chapter 13

In re: Debtor(s) (including Name and Address)

Ivette Pigatt
265 Fox Farm Road
Clifton Township PA 18424

Andre Pigatt
265 Fox Farm Road
Clifton Township PA 18424

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/20/2016.

Name and Address of Alleged Transferor(s):

Claim No. 31: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708

Name and Address of Transferee:

Wilmington Savings Fund Society
FSB d/b/a Christiana Trust
C/O SELENE FINANCE LP
9990 Richmond Avenue, Suite 400
South Houston, TX 77042-4546
Wilmington Savings Fund Society

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/23/16

Terrence S. Miller

**CLERK OF THE COURT**