|  |  |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Ivette Pigatt |
| Debtor 2 (Spouse, if filing) | Andre Pigatt |
| United States Bankruptcy Court for the: MIDDLE District of PENNSYLVANIA (State) | |
| Case number 5:14-bk-00292-RNO | |

# Form 4100R
# Response to Notice of Final Cure

10/15

___

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for Bronze Creek Title Trust 2013-NPL1

**Court claim no.** (if known): 31

**Last 4 digits** of any number you use to identify the debtor's account: 8974

**Property address:** 2687 A FOX FARM RD
Number    Street

GOULDSBORO, Pennsylvania 18424
City                         State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

*Check one:*

[ ]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: MM/DD/YYYY

[X]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:              (a) $2523.36
b. Total suspense:                                    - (b) $1255.94
c. Total. Subtract lines a and b.                       (c) $ 1267.42

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    2/1/2019
MM/ DD/ YYYY

Form 4100R            **Response to Notice of Final Cure Payment**            page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

Check the appropriate box:

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Sindi Mncina                          Date 3/07/2019
   Signature

Print    Sindi Mncina                        Title  Authorized Agent
         First Name    Middle Name    Last Name

Company  RAS Crane LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  10700 Abbott's Bridge Rd., Suite 170
         Number          Street

         Duluth, GA 30097
         City            State           ZIP Code

Contact  470- 321-7112                    Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424

Ivette Pigatt
265 Fox Farm Road
Clifton Township, PA 18424

Andre Pigatt
265 Fox Farm Road
Clifton Township, PA 18424

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

RAS Crane LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 470- 321-7112

By: /s/ Sindi Mncina
Email: smncina@rascrane.com

Green Tree Servicing LLC Centralized Bankruptcy Department **POST PETITION WORKSHEET**

| History Prepped Date | 2/25/2019 |
|---|---|
| Loan Number | |
| Last Name | PIGATT |
| Case | 14-00292 |
| BK Filing Date | 1/24/2014 |
| POC Filed Date | 6/13/2014 |
| 1st Post Pymnt Date | 2/1/2014 |
| Case Status | Active |

| PCN Filed | Effective | Amount |
|---|---|---|
| 1/5/2017 | 2/1/2017 | $ 1,306.85 |
| 11/1/2018 | 12/1/2018 | $ 1,261.68 |
| | | |
| | | |
| | | |
| | | |
| | | |

| PCN Filed | Effective | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Date Due 1st | Amounts Due | | | | Date Pmts. Received | Amt Received | Difference | Pmt Date | Arrears Pmts | System Posting Review | Adjustments Required |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | P & I | Insurance | Escrow | Total | | | | | | | |
| Feb-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 3/5/2014 | 2526.56 | -1314.10 | 10/23/2014 | 633.28 | | 0 |
| Mar-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 4/15/2014 | 1212.46 | 0.00 | 11/12/2014 | 517.48 | | 0 |
| Apr-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 5/15/2014 | 1212.46 | 0.00 | 12/11/2014 | 518.43 | | 0 |
| May-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 6/13/2014 | 1212.46 | 0.00 | 1/6/2015 | 518.43 | | 0 |
| Jun-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 7/15/2014 | 1212.46 | 0.00 | 2/12/2015 | 518.43 | | $0.00 |
| Jul-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 8/15/2014 | 1212.46 | 0.00 | 3/10/2015 | 518.43 | | $0.00 |
| Aug-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 9/15/2014 | 1212.46 | 0.00 | 4/8/2015 | 518.43 | | $0.00 |
| Sep-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 10/15/2014 | 1212.46 | 0.00 | 5/11/2015 | 518.43 | | $0.00 |
| Oct-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 11/14/2014 | 1212.46 | 0.00 | 6/19/2015 | 518.43 | | $0.00 |
| Nov-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 12/23/2014 | 1212.46 | 0.00 | 7/20/2015 | 518.43 | | $0.00 |
| Dec-14 | 929.39 | 0.00 | 283.07 | 1212.46 | 1/26/2015 | 1212.46 | 0.00 | 8/14/2015 | 518.43 | | $0.00 |
| Jan-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 2/23/2015 | 1212.46 | 0.00 | 9/11/2015 | 518.43 | | $0.00 |
| Feb-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 3/17/2015 | 1212.46 | 0.00 | 10/16/2015 | 530.40 | | $0.00 |
| Mar-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 4/17/2015 | 1212.46 | 0.00 | 11/9/2015 | 512.99 | | $0.00 |
| Apr-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 5/9/2015 | 1212.46 | 0.00 | 12/15/2015 | 512.99 | | $0.00 |
| May-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 6/15/2015 | 1212.46 | 0.00 | 1/12/2016 | 512.99 | | $0.00 |
| Jun-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 7/20/2015 | 1212.46 | 0.00 | 2/11/2016 | 512.99 | | $0.00 |
| Jul-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 8/31/2015 | 1212.46 | 0.00 | 4/19/2016 | 1025.98 | | $0.00 |
| Aug-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 9/30/2015 | 1212.46 | 0.00 | 5/12/2016 | 512.99 | | $0.00 |
| Sep-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 10/30/2015 | 1212.46 | 0.00 | 6/24/2016 | 512.99 | | $0.00 |
| Oct-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 11/20/2015 | 1212.46 | 0.00 | 7/20/2016 | 512.99 | | $0.00 |
| Nov-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 12/31/2015 | 1212.46 | 0.00 | 8/23/2016 | 512.99 | | $0.00 |
| Dec-15 | 929.39 | 0.00 | 283.07 | 1212.46 | 1/29/2016 | 1212.46 | 0.00 | 10/28/2016 | 1040.00 | | $0.00 |
| Jan-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 2/16/2016 | 1212.46 | 0.00 | 12/22/2016 | 510.82 | | $0.00 |
| Feb-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 3/18/2016 | 1212.46 | 0.00 | 1/24/2017 | 516.45 | | $0.00 |
| Mar-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 4/18/2016 | 1212.46 | 0.00 | 2/23/2017 | 516.45 | | $0.00 |
| Apr-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 5/16/2016 | 1212.46 | 0.00 | 3/23/2017 | 1022.58 | | $0.00 |
| May-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 6/17/2016 | 1212.46 | 0.00 | 4/27/2017 | 511.76 | | $0.00 |
| Jun-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 7/18/2016 | 1212.46 | 0.00 | 6/22/2017 | 1537.16 | | $0.00 |
| Jul-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 8/31/2016 | 1212.46 | 0.00 | 8/21/2017 | 511.76 | | $0.00 |
| Aug-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 9/15/2016 | 1212.46 | 0.00 | 9/28/2017 | 1025.40 | | $0.00 |
| Sep-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 10/14/2016 | 1212.46 | 0.00 | 11/28/2017 | 510.52 | | $0.00 |
| Oct-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 11/18/2016 | 1212.46 | 0.00 | 12/28/2017 | 510.52 | | $0.00 |
| Nov-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 12/16/2016 | 1212.46 | 0.00 | 1/31/2018 | 510.52 | | $0.00 |
| Dec-16 | 929.39 | 0.00 | 283.07 | 1212.46 | 1/25/2017 | 1212.46 | 0.00 | 3/1/2018 | 510.52 | | $0.00 |
| Jan-17 | 929.39 | 0.00 | 283.07 | 1212.46 | 2/16/2017 | 1306.85 | -94.39 | 3/26/2018 | 510.52 | | $0.00 |
| Feb-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 3/17/2017 | 1306.85 | 0.00 | 4/23/2018 | 510.52 | | $0.00 |
| Mar-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 4/17/2017 | 1306.85 | 0.00 | 6/7/2018 | 1021.04 | | $0.00 |
| Apr-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 5/15/2017 | 1306.85 | 0.00 | 7/26/2018 | 510.52 | | $0.00 |
| May-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 6/19/2017 | 1306.85 | 0.00 | 8/23/2018 | 419.82 | | $0.00 |
| Jun-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 7/25/2017 | 1306.85 | 0.00 | 9/21/2018 | 510.52 | | $0.00 |
| Jul-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 8/31/2017 | 1306.85 | 0.00 | 10/31/2018 | 510.52 | | $0.00 |
| Aug-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 9/15/2017 | 1306.85 | 0.00 | 12/3/2018 | 508.34 | | $0.00 |
| Sep-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 10/16/2017 | 1306.85 | 0.00 | 1/2/2019 | 508.34 | | $0.00 |
| Oct-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 11/13/2017 | 1306.85 | 0.00 | 1/28/2019 | 419.48 | | $0.00 |
| Nov-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 12/15/2017 | 1306.85 | 0.00 | | 0.00 | | $0.00 |
| Dec-17 | 929.39 | 0.00 | 377.46 | 1306.85 | 1/12/2018 | 1306.85 | 0.00 | | 0.00 | | $0.00 |
| Jan-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 2/23/2018 | 1306.85 | 0.00 | | 0.00 | | $0.00 |
| Feb-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 3/16/2018 | 1306.85 | 0.00 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Mar-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 4/13/2018 | 1306.85 | 0.00 | | 0.00 | | $0.00 |
| Apr-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 5/11/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| May-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 6/18/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Jun-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 7/31/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Jul-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 8/31/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Aug-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 10/12/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Sep-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 11/30/2018 | 1230.76 | 76.09 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Oct-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 12/31/2018 | 1261.68 | 45.17 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Nov-18 | 929.39 | 0.00 | 377.46 | 1306.85 | 1/25/2019 | 917.69 | 389.16 | | 0.00 | Under Application Of payment @$1230.76 of $76.09 | $76.09 |
| Dec-18 | 929.39 | 0.00 | 332.29 | 1261.68 | 2/22/2019 | 1261.68 | 0.00 | | 0.00 | | $0.00 |
| Jan-19 | 929.39 | 0.00 | 332.29 | 1261.68 | | 2000.00 | -738.32 | | -2000.00 | ***Additional amount paid by TT | $0.00 |
| Feb-19 | 929.39 | 0.00 | 332.29 | 1261.68 | | 0.00 | 1261.68 | | 0.00 | | $0.00 |
| Mar-19 | 929.39 | 0.00 | 332.29 | 1261.68 | | 0.00 | 1261.68 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| **Total due** | 57622.18 | 0.00 | 19823.80 | 77445.98 | **Amount Paid** | 76178.56 | 1267.42 | | 24659.44 | | 684.81 |

Amount Due 1267.42

Due for 02/01/2019 with $1255.94 in suspense.

| Total Post-Petition Payments Due to Date | $77,445.98 |
|---|---|
| Total Post-Petition Payments Paid to Date | $76,178.56 |
| Oustanding Post-Petition Payment Balance | ($1,267.42) |